# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/25
```

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

May 30, 2025   **MEMORANDUM ENDORSED**

<u>VIA CM/ECF</u>
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

      Re:    Velasquez v. Kennedy Fried Chicken And Pizza, Inc., et al.
             Case 1:25-cv-01655-GHW

Dear Judge Woods:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for June 5, 2025, at 2:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                                Sincerely,

                            By: /S/   B. Bradley Weitz
                                B. Bradley Weitz, Esq. (BW9365)
                                THE WEITZ LAW FIRM, P.A.
                                Attorney for Plaintiff
                                Bank of America Building
                                18305 Biscayne Blvd., Suite 214
                                Aventura, Florida 33160
                                Telephone: (305) 949-7777
                                Facsimile:  (305) 704-3877
                                Email: bbw@weitzfirm.com

Application granted. Plaintiff's request for an adjournment of the initial pretrial conference, Dkt. No. 8, is granted. The initial pretrial conference scheduled for June 5, 2025 is adjourned to July 29, 2025 at 2:00 p.m. The joint letter and proposed case management plan described in the Court's February 28, 2025 order, Dkt. No. 7, are due no later than July 22, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

      SO ORDERED.

Dated: May 31, 2025
New York, New York
                                _____
                                GREGORY H. WOODS
                                United States District Judge