```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
     :
RICARDO VELASQUEZ,     :
     :
                               Plaintiff,     :     1:25-cv-1655-GHW
     :
             -against-     :     ORDER
     :
KENNEDY FRIED CHICKEN AND PIZZA, INC.,     :
*a New York corporation doing business as* Kennedy Fried     :
Chicken and Pizza, *et al.*,     :
     :
                            Defendants.     :
     :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        On June 16, 2025, Plaintiff filed a request for an adjournment of the initial pretrial conference, Dkt. No. 10, then filed a letter stating that the request had been submitted inadvertently and that it was meant for a different case, Dkt. No. 11. Accordingly, the Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

        SO ORDERED.

Dated: June 16, 2025
New York, New York

                                                                       GREGORY H. WOODS
                                                            United States District Judge