# THE WEITZ LAW FIRM, P.A.

<div style="text-align: right">
Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160
</div>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/2/2025
```

## MEMORANDUM ENDORSED

September 2, 2025

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

          Re:    Velasquez v. Kennedy Fried Chicken And Pizza, Inc., et al.
                 Case 1:25-cv-01655-GHW

Dear Judge Woods\:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for September 4, 2025 at 3:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Department of State [D.E. 13 & D.E. 14]. Due to an eight-week delay in service by Certified Mail from the Department of State caused by a backlog, Plaintiff served Defendants directly or personally to ensure proper service. Both were served successfully by personal service

      In order to allow the parties additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this third adjournment request.

<div style="margin-left: 50%">
Sincerely,

By: /S/   B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile:  (305) 704-3877
     Email: bbw@weitzfirm.com
</div>

---

Application granted. Plaintiff's request for an adjournment of the initial pretrial conference, Dkt. No. 18, is granted. The initial pretrial conference scheduled for September 4, 2025 is adjourned to October 22, 2025 at 3:00 p.m. The joint letter and proposed case management plan described in the Court's February 28, 2025 order, Dkt. No. 7, are due no later than October 15, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.
Dated: September 2, 2025

                                                _____
                                                GREGORY H. WOODS
                                          United States District Judge