USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,                              :
                                                :
                          Plaintiff,            :
                                                :         1:25-cv-1655-GHW
              -against-                         :
                                                :              ORDER
KENNEDY FRIED CHICKEN AND PIZZA,                :
INC., et al.,                                   :
                                                :
                          Defendants.           :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated September 2, 2025, Dkt. No. 19, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than October 15, 2025. The Court has not received either the joint status letter or proposed case management plan. The parties are directed to comply with the Court's September 2, 2025 order forthwith and in any event no later than October 20, 2025.

SO ORDERED.

Dated:  October 16, 2025                            _____
                                                        GREGORY H. WOODS
                                                      United States District Judge