# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

October 17, 2025

<u>VIA CM/ECF</u>
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/19/2025
```

**MEMORANDUM ENDORSED**

Re:   Velasquez v. Kennedy Fried Chicken And Pizza, Inc., et al.
      Case 1:25-cv-01655-GHW

Dear Judge Woods\:

The undersigned represents the Plaintiff in the above-captioned case matter. Per Order D.E.19 and D.E. 20, the parties are to submit their Case Management Plan and Joint Letter with regard to the The Initial Pretrial Conference currently scheduled for October 22, 2025 at 3:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, both having been served through the Department of State, Division of Corporations [D.E. 13 & D.E. 14], and by personal service. Plaintiff through his attorney is remitting correspondence, including a copy of the Summons and Complaint to the defendants in order to solicit their attention.

In order to allow the parties additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this fourth adjournment request.

Sincerely,

By: /S/  B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

Application granted. Plaintiff's request for an adjournment of the initial pretrial conference, Dkt. No. 21, is granted. The initial pretrial conference scheduled for October 22, 2025 is adjourned to December 9, 2025 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's February 28, 2025 order, Dkt. No. 7, are due no later than December 2, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21. Plaintiff is directed to serve a copy of this order on Defendant and to retain service.
SO ORDERED.
Dated: October 19, 2025

_____
GREGORY H. WOODS
United States District Judge