USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICARDO VELASQUEZ,                                  :
                                                    :
                                     Plaintiff,     :
                                                    :                1:25-cv-1655-GHW
                  -against-                          :
                                                    :                ORDER
KENNEDY FRIED CHICKEN AND PIZZA,                    :
INC., *et al.*,                                     :
                                                    :
                                     Defendants.    :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated October 19, 2025, Dkt. No. 22, the parties were directed to

submit a joint status letter and proposed case management plan to the Court no later than

December 2, 2025.  The Court has not received either the joint status letter or proposed case

management plan.  The parties are directed to comply with the Court's October 19, 2025 order

forthwith and in any event no later than December 5, 2025.

SO ORDERED.

Dated:  December 3, 2025
New York, New York                          _____
                                                   GREGORY H. WOODS
                                               United States District Judge