# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2025

**MEMORANDUM ENDORSED**

December 4, 2025

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

      **Re:**    **Velasquez v. Kennedy Fried Chicken And Pizza, Inc., et al.**
                 **Case 1:25-cv-01655-GHW**

Dear Judge Woods:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for December 9, 2025 at 3:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Department of State [D.E. 13 & D.E. 14]. The undersigned counsel has undertaken additional efforts including follow-up Federal Express correspondence with a copy of the Summons and Complaint to the corporate Defendants.

    In order to allow the parties additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this fifth adjournment request.

                        Sincerely,

                        By: /S/  B. Bradley Weitz
                           B. Bradley Weitz, Esq. (BW9365)
                           THE WEITZ LAW FIRM, P.A.
                           Attorney for Plaintiff
                           Bank of America Building
                           18305 Biscayne Blvd., Suite 214
                           Aventura, Florida 33160
                           Telephone: (305) 949-7777
                           Facsimile:  (305) 704-3877
                           Email: bbw@weitzfirm.com

Application granted. Plaintiff's request for an adjournment of the initial pretrial conference, Dkt. No. 24, is granted. The initial pretrial conference scheduled for December 9, 2025, is adjourned to January 21, 2026 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's February 28, 2025 order, Dkt. No. 7, are due no later than January 14, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.
Dated:  December 4, 2025
New York, New York
                       _____
                        GREGORY H. WOODS
                   United States District Judge