USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,                                    :
                                                      :
                                    Plaintiff,        :
                                                      :               1:25-cv-1655-GHW
                    -against-                          :
                                                      :               ORDER
KENNEDY FRIED CHICKEN AND PIZZA,                      :
INC., *et al.*,                                       :
                                                      :
                                    Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated December 4, 2025, Dkt. No. 25, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than January 14, 2026. The Court has not received either the joint status letter or proposed case management plan. The parties are directed to comply with the Court's December 4, 2025 order forthwith and in any event no later than January 16, 2026.

And the Court notes that this is fourth time it has had to remind counsel to comply with deadlines as ordered. The Court expects that moving forward Plaintiff's counsel will ensure compliance with Court orders without the need for reminders from the Court.

SO ORDERED.

Dated: January 15, 2026
New York, New York                          _____
                                            GREGORY H. WOODS
                                            United States District Judge