# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/19/2026___

**MEMORANDUM ENDORSED**

January 16, 2026

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

Re:     **Velasquez v. Kennedy Fried Chicken And Pizza, Inc., et al.**
        **Case 1:25-cv-01655-GHW**

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 9, 2025 at 3:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Department of State [D.E. 13 & D.E. 14]. The undersigned counsel has also personally served the Defendants via a private process server in order to further additional efforts to reach the Defendants.

In order to allow the parties additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this sixth adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz_____
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

Application granted.  Plaintiff's January 16, 2026 request to adjourn the initial pretrial conference, Dkt. No. 27, is granted.  The initial pretrial conference scheduled for January 21, 2026 is adjourned to March 12, 2026 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's February 28, 2025 order are due no later than March 5, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 27.

SO ORDERED.
Dated:  January 19, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge