# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/4/2026__
```

**MEMORANDUM ENDORSED**

March 3, 2026

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

Re:    **Velasquez v. Kennedy Fried Chicken And Pizza, Inc., et al.**
       **Case 1:25-cv-01655-GHW**

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for March 12, 2026 at 1:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Department of State [D.E. 13 & D.E. 14]. The undersigned counsel has also personally served the Defendants via a private process server in order to further additional efforts to reach the Defendants. We also remitted mail to the Defendants via Federal Express mail to solicit their appearance.

In order to allow the parties additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this seventh adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile:  (305) 704-3877
     Email: bbw@weitzfirm.com

Application granted.  Plaintiff's March 3, 2026 request to adjourn the initial pretrial conference, Dkt. No. 29, is granted. The initial pretrial conference scheduled for March 12, 2026 is adjourned to May 4, 2026 at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's February 28, 2026 order are due no later than April 27, 2026.  Plaintiff should not expect further extensions of time.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.

SO ORDERED.
Dated:  March 4, 2026
New York, New York

GREGORY H. WOODS
United States District Judge